IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IQVIA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-2610 |
| | : | |
| ERICA BRESKIN, et al. | : | |

## ORDER

AND NOW, this 20th day of March, 2023, upon consideration of Defendant Slipstream IT, LLC's Motion to Dismiss (Document 27), all filings in support thereof and in opposition thereto, and oral arguments by the Parties, and for the reasons set forth in the accompanying memo, it is hereby ORDERED the Motion is GRANTED. The claims against Slipstream in Counts I, II, V, VI, and VII are DISMISSED without prejudice, and the claims against Defendant Erica Breskin in Counts I and II are also DISMISSED without prejudice.

It is further ORDERED IQVIA is GRANTED leave to file an amended complaint within thirty (30) days of this Order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.